No. 2,212.—THE STATE OF MONTANA ex rel. MERI STRUTCEL, as Executor, Relator, v. THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT, and the Honorable GEORGE M. BOURQUIN and the Honorable JOHN B. McCLERNAN, Judges Thereof, Respondents.

Original application for writ of supervisory control.

Decided June 6, 1905.

Per Curiam.—The relator's petition for writ of supervisory control herein is hereby denied.

*Mr. John Lindsay,* and *Mr. James H. Baldwin,* for Relator.

No. 2,148.—THE STATE OF MONTANA, Respondent, v. JOHN ELSNER, Appellant.

*Appeal from District Court, Silver Bow County; John B. McClernan, Judge.*

On motion to dismiss appeal for failure to file brief.

Decided June 14, 1905.

Per Curiam.—The respondent's motion to dismiss the appeal herein is granted, and the appeal is hereby dismissed.

*Mr. A. J. Galen,* Attorney General, for Respondent.